UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>                Plaintiff,<br><br>     v.<br><br>S. KERN, et al.,<br><br>                Defendants. | Case No. 2:18-cv-10150-FLA (ADSx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE REGARDING PARTIAL MOTION FOR SUMMARY JUDGMENT [132]** |

      Pursuant to 28 U.S.C. § 636, the court has reviewed the Partial Motion for Summary Judgment [Dkt. No. 132] and all applicable pleadings herein, including the Report and Recommendation ("R&R") dated December 21, 2020 [Dkt. No. 174], Plaintiff's Objections to the R&R ("Objections"), [Dkt. No. 177], Defendants' Reply [Dkt. No. 180], and all related documents.

      Nothing in the Objections refutes the Magistrate Judge's findings that multiple claims must be dismissed in part or in whole due to Plaintiff's failure to exhaust administrative remedies. See generally [Dkt. No. 174]. Plaintiff's Objections fail to

refute the finding that there is no genuine dispute whether Plaintiff properly exhausted administrative remedies with regards to multiple claims. Accordingly, Plaintiff's objections are overruled.

As such, after thorough analysis and consideration of the applicable Complaint, the Partial Motion for Summary Judgment and all related filings, the Report and Recommendation, Plaintiff's Objections, and the Reply, and having performed a <u>de novo</u> review of those portions to which objections were made, the court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 174], is accepted;

2. Defendants' Partial Motion for Summary Judgment [Dkt. No. 132] is granted in part as follows;

   a. Claims I, VIII, X, XII are dismissed in their entirety without prejudice;

   b. Claim III as to defendants Cerca and Mobley is dismissed without prejudice;

   c. Claim V as to defendant Sanchez is dismissed without prejudice;

   d. Claim VIII as to defendants Sanchez and Campbell is dismissed without prejudice; and

   e. Claim XI as to defendants Villalobos, Mathews, Coleman, and Oliver is dismissed without prejudice.

DATED: February 26, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge