UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY,<br><br>          Plaintiff,<br><br>     v.<br><br>S. KERN, et al.,<br><br>          Defendants. | Case No. 2:18-cv-10150-FLA (ADSx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE REGARDING PARTIAL MOTION TO DISMISS** [142] |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Partial Motion to Dismiss [Dkt. No. 142] and all applicable pleadings herein, including the Report and Recommendation ("R&R") dated December 21, 2020 [Dkt. No. 175], Plaintiff's Objections to the R&R ("Objections") [Dkt. No. 177], Defendants' Reply [Dkt. No. 180], and all related documents.

Plaintiff does not provide any specific objections to the Magistrate Judge's findings regarding the Partial Motion to Dismiss. Plaintiff's Objections relate to the findings in the R&R regarding the Partial Motion for Summary Judgment only. As

Plaintiff provides no specific objections to the findings of the R&R, Plaintiff's Objections are overruled.

As such, after thorough analysis and consideration of the applicable Complaint, the Motion to Dismiss and all related filings, the Report and Recommendation, Plaintiff's Objections, and the Reply, the court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 175] is accepted;

2. Defendants' Partial Motion to Dismiss [Dkt. No. 142] is granted in part and denied in part as follows:

   a. Claim V is dismissed with leave to amend as to defendant Taylor;
   b. Claim IX is dismissed with leave to amend;
   c. Claim XI is dismissed with leave to amend as to defendant Williams;
   d. Defendants' request for qualified immunity is denied without prejudice;
   e. Plaintiff's suit against Defendants in their official capacities is dismissed without leave to amend; and
   f. Plaintiff's request for declaratory relief is stricken without leave to amend.

DATED:  March 1, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge